| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 08, 2018
David J. Bradley, Clerk

Leticia Salcedo, §
§
    Plaintiff, §
§
versus § Civil Action H-17-2447
§
CHI St. Luke's Health Baylor College of §
Medicine Medical Center, et al., §
§
    Defendants. §

## Final Dismissal

1. On the settlement as represented to the court, the stipulation of dismissal is accepted. (20)

2. This case is dismissed with prejudice.

3. This court retains jurisdiction to enforce the settlement.

Signed on February 8, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge